# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BETTY BARKER, | : | |
| Plaintiff, | : | Case No. 3:07cv00174 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d) (Doc. #17), which the Commissioner does not oppose (Doc. #18). Plaintiff seeks an award of attorney fees under the EAJA in the amount of $3,365.60 for work performed in this case and in this Court.

In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting documents establish that she is entitled to an award of attorney fees and costs under the EAJA in the total amount she seeks.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #17) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees and pursuant to the EAJA in the total amount of $3,365.60; and

3. The case remains terminated on the docket of this Court.

                                                Walter Herbert Rice
                                           United States District Judge